AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☑ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH TIKTOK ) Case No. 1:22MJ417-1
ACCOUNT "@jikewilliamsofficial" STORED AT )
PREMISES CONTROLLED BY TIKTOK INC. )

FILED DEC 0 9 2022

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Central     District of     California    
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     October 31, 2022     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     The Honorable Joe L. Webster    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  10/17/2022 3:47 pm                              *Judge's signature*

City and state:    Durham, North Carolina            The Honorable Joe L. Webster, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:22MJ417-1 | Date and time warrant executed: 10/18/22 9:59am | Copy of warrant and inventory left with: No inventory left |
| Inventory made in the presence of: TFO Max Wooten | | |

Inventory of the property taken and name(s) of any person(s) seized:

- 21 videos
- Public, private, and deleted videos
- Basic Subscriber Information for jikewilliams official
- Direct Message History
- Events IP Data
- IP Session History
- Live Comment History
- System and Network Identifier Information
- Video Comments
- Video IP
- DM Videos

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/1/2022

Max S. Wooten
*Executing officer's signature*

Max S. Wooten FBI TFO
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the TikTok account with username: "@jikewilliamsofficial" that is stored at premises owned, maintained, or operated by TikTok Inc., a company that is owned by Bytedance, Ltd., with a U.S. headquarters in Culver City, California.

## ATTACHMENT B

## PARTICULAR THINGS TO BE SEIZED

I. **Information to be disclosed by TikTok Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of TikTok Inc., including any messages, records, files, logs, or information that have been deleted but are still available to TikTok Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on October 11, 2022, TikTok Inc., is required to disclose the following information to the government for each account listed in Attachment A:

   a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, phone numbers, gender, hometown, occupation, and other personal identifiers;

   b. All past and current usernames associated with the account;

   c. Account names and identifiers for any and all social media accounts linked to the requested accounts;

   d. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

   e. All activity logs including IP logs and other documents showing the IP address, date, and time of each login to the account, as well as any other log file information;

f.  All information regarding the particular device or devices used to login to or access the account, including all device identifier information or cookie information, including all information about the particular device or devices used to access the account and the date and time of those accesses;

g.  All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

h.  All communications or other messages sent or received by the account October 3, 2022 to the date this warrant was signed;

i.  All user content created, uploaded, or shared by the account, including any comments made by the account on videos or other content October 3, 2022 to the date this warrant was signed;

j.  All Private Videos and deleted videos for the account October 3, 2022 to the date this warrant was signed;

k.  All location data associated with the account, including geotags October 3, 2022 to the date this warrant was signed;

l.  All data and information that has been deleted by the user October 3, 2022 to the date this warrant was signed;

m.  All privacy and account settings;

n.  All records of TikTok searches performed by the account, including all past searches saved by the account October 3, 2022 to the date this warrant was signed;

o. All information about connections between the account and third-party websites and applications; and,

p. All records pertaining to communications between TikTok and any person regarding the user or the user's TikTok account, including contacts with support services, and all records of actions taken, including suspensions of the account.

TikTok is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and/or instrumentalities of violations of 18 U.S.C. §§ 115(a) and 875(c) involving Stephen Jike Williams from October 3, 2022 to the date this warrant was signed, including, for each username identified on Attachment A, in the form of:

a. Videos, posts, comments, or other electronic communications related to threats or messages directed towards FBI agents, specifically a video titled "Fuck the FBI";

b. Evidence indicating how and when the TikTok account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the TikTok account owner or user;

c. Evidence indicating the TikTok account owner's or user's state of mind as it relates to the crime under investigation, such as direct or circumstantial evidence that the owner or user of the account had the intent to impede, intimidate, or interfere with FBI agents' performance of official duties, or had the intent to retaliate against FBI agents for performance of official duties;

d. The identity of the person(s) who created or used the username, including records that help reveal the whereabouts of such person(s);

e. The identity of the person(s) who communicated threats toward FBI agents; and

f. Account subscriber and registration information.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.